UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-00761-ODW (JCx) | Date | April 30, 2025 |
| Title | *Alexander Versen v. Francis Davidson et al.* | | |

| | | |
|---|---|---|
| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings:** **In Chambers**

On March 5, 2025, the parties filed a stipulation to stay the case pending resolution of a motion to dismiss filed in a related action, No. 2:24-cv-02952-ODW (JCx), *Nawsheen Duffaydar v. Sonder Holdings, Inc. et al.* (Stip. Stay, ECF No. 16.) Having considered the parties' stipulation and for good cause appearing, the Court **GRANTS** the stipulation and hereby **ORDERS** as follows:

- This action is **STAYED** for all purposes. All dates and deadlines, and the deadlines to respond to the Complaint, are **VACATED**. Accordingly, the parties' stipulation to extend time to respond to the Complaint is **DENIED AS MOOT**. (Stip. Respond, ECF No. 23.)
- The parties shall file a joint status report by no later than **twenty-one (21) days** after the Court issues an order on the Motion to Dismiss in the related case, No. 2:24-cv-02952-ODW (JCx), *Nawsheen Duffaydar v. Sonder Holdings, Inc. et al.*, to update the Court regarding why the stay should not be lifted and how the parties plan to proceed in this action.
- Failure to timely comply with the Court's order may result in dismissal of the case for failure to prosecute and for failure to comply with the Court's orders.

**IT IS SO ORDERED.**

: 00

Initials of Preparer SE